IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LISA R. WILSON,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY OF GALESBURG, ILLINOIS, a municipal corporation; and DAVID W. JONES, Human Resource and Risk Management, individually and in his official capacity<br><br>   Defendant. | Case No. 16-CV-4025 |

**DEFENDANTS' MOTION TO DISMISS**

  Now come Defendants CITY OF GALESBURG, ILLINOIS and DAVID W. JONES, by their counsel, and move this Court pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint, and in support of their Motion state the following:

  1. Plaintiff, an African-American female and an employee of the Defendant CITY OF GALESBURG, ILLINOIS ("the City"), has filed a Complaint against the Defendant City and the Defendant DAVID W. JONES ("Jones"), the City's Human Resource and Risk Manager, alleging that the City and Jones, individually and in his official capacity, violated her rights under 42 U.S.C. §§ 1981 and 1983.  Jurisdiction allegedly is based on 28 U.S.C. §§1331 and 1343. The Complaint alleges that the Defendants subjected the Plaintiff to different terms of employment than accorded to non-African-American employees.

  2. For all of the reasons set out in the Defendants' Memorandum of Law in Support of their Motion to Dismiss, Plaintiff's Complaint should be dismissed as to the Defendants.

WHEREFORE, Defendants, CITY OF GALESBURG and DAVID W. JONES, pray that this Court dismiss Plaintiff's Complaint in all respects.

    Respectfully submitted,

    /s/ Donald W. Anderson
    Donald W. Anderson

Donald W. Anderson / ARDC #0047643
Matthew T. DiCianni/ ARDC #6312661
danderson@ancelglink.com
mdicianni@ancelglink.com
***ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.***
Attorney for Defendants, City of Galesburg, Illinois, and David W. Jones
175 E. Hawthorn Parkway, Suite 145
Vernon Hills, Illinois  60061
(847) 247-7400
(847) 247-7405 Fax

4816-9447-6847, v. 2