IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| LISA R. WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 16-cv-4025 |
| | ) |
| CITY OF GALESBURG, ILLINOIS, a | ) |
| municipal corporation; and DAVID W. JONES, | ) |
| Human Resources and Risk Management | ) |
| individually, and in his official capacity, | ) |
| | ) |
|     Defendants. | ) |

## **MOTION IN LIMINE**

NOW COMES the Plaintiff, LISA WILSON by her attorneys DONALD R. JACKSON and ANDREW HALE of Hale Law Offices, and moves the court for an order in limine prohibiting, defendant Jones from introducing evidence of the attendance record of Plaintiff during the early years of her employment, and before she was employed as a Secretary I in the Handivan division, and from any other attacks on her employment with the City of Galesburg and for cause state that such evidence has no probative value regarding the issues before the court, and the potential probative value of such evidence is substantially outweighed by a danger of unfair prejudice. Rule 402 and 403 of Federal Rules of Evidence.

s/: DONALD R. JACKSON
DONALD R. JACKSON, 1309560
Attorney for Plaintiff
456 Fulton Street, Suite 218
Peoria, Illinois 61602
Telephone: (309) 637-1010
Facsimile: (309) 637-1106
E-mail Jacksonlaw218@gmail.com
