IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| LISA R. WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF GALESBURG, ILLINOIS, a )<br>municipal corporation; and DAVID W. JONES, )<br>Human Resources and Risk Management )<br>individually, and in his official capacity, )<br>)<br>Defendants. ) | Case No. 16-cv-4025 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

NOW COMES LISA WILSON, Plaintiff, by her attorney DONALD R. JACKSON, and respectfully submits the following proposed Voir Dire Questions to be asked of prospective jurors, in accordance with this Court's request:

1. Has anyone been employed as a member of a Human Resources (HR) department?

2. Has anyone been employed in a managerial or supervisory role?

3. Does anyone believe that drug testing should be mandatory for anyone working for a municipality or in the public sector?

4. Has anyone experienced conduct they feel was discriminatory in the workplace?

5. Does anyone believe that lawsuits should not be filed?

6. Does anyone have any negative feelings toward those who file lawsuits alleging that they have experienced discrimination?

7. Would you have the courage to award a substantial dollar amount should Plaintiff prove her case?

8. Anything that could prevent you from being a fair juror?

9. Do you believe that people who perform the same job should be paid the same wage?

10. Do you believe that people should be treated the same regardless of race or national origin?

11. Do you believe if someone's job is reclassified to another title, that the person should receive backpay for the entire time they were performing the duties of the job?

12. Is there any reason why a person should be treated differently when they're doing the same work as another employee in the same position?

                Respectfully submitted,
                Lisa Wilson, Plaintiff

                BY: _____
                      DONALD R. JACKSON, J.D., her attorney
                      Attorney At Law

DONALD R. JACKSON, J.D., 1309560
Attorney at Law
456 Fulton St., Suite 218
Peoria, Illinois 61602
Telephone:(309) 637-1010
Facsimile:(309) 637-1106
Jacksonlaw218@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instruments on the attached service list via the ECF filing system, on this 24th day of January, 2019.

    James Kelly
    7817 N. Knoxville Ave.
    Peoria, IL 61614

BY: _____
       DONALD R. JACKSON J.D.
       His Attorney