UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| LISA R. WILSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 04:16-cv-04025-SLD-JEH |
| | ) |
| DAVID JONES, | ) |
| | ) |
|     Defendant. | ) |

### MOTION FOR JUDGMENT AS A MATTER OF LAW AFTER PLAINTIFF'S CASE

Defendant, David W. Jones ("Jones"), by his attorney, the JAMES KELLY LAW FIRM and for his Motion for Judgment as a Matter of Law, pursuant to Federal Rule of Civil Procedure 50(a), after Plaintiff's case states:

1. At this time, after Wilson has rested, Jones moves the Court for judgment as a matter of law and to direct a verdict in Jones' favor against Wilson because she has failed to prove the elements of her claim.

### I. PLAINTIFF HAS FAILED TO PROVE HER CLAIM

2. Wilson has the burden of proving that Jones would have not drug tested her "but for" her race.

3. Wilson has failed to present proof that the reason she was drug tested was because of her race.

### II. QUALIFIED IMMUNITY

4. The evidence presented establishes that Jones was interpreting a Federal Transit Administration regulation and determined he should test Wilson.

5. Wilson has offered a different interpretation of the statute.

6.  While the Wilson may have presented evidence that the statute should have been interpreted differently, at best, her evidence shows that the statute is subject to multiple interpretations,

7.  Jones' interpretation of the regulation did not violate clearly established law.

8.  Dave Jones is entitled to immunity for his decision.

### III. PUNITIVE DAMAGES

9.  The evidence presented establishes that Wilson was tested because of her job duties, not because of her race.

10. Wilson has not established that an evil motive was responsible for her drug test.

Respectfully Submitted,
DAVID JONES, Defendant

By:  /s/ James M. Kelly
     James M. Kelly

James M. Kelly
Jason W. Jording
JAMES KELLY LAW FIRM
7817 N. Knoxville Avenue
Peoria, IL  61614
T: (309) 679-0900
F: (309) 679-0919
jim@jameskellylawfirm.com
*Attorneys for David Jones*