UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| LISA R. WILSON, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 04:16-cv-04025-SLD-JEH |
| DAVID JONES, | ) |
|       Defendant. | ) |

**MOTION FOR JUDGMENT AS A MATTER OF LAW AFTER DEFNDANT'S CASE**

Defendant, David W. Jones ("Jones"), by his attorney, the JAMES KELLY LAW FIRM and for his Motion for Judgment as a Matter of Law, pursuant to Federal Rule of Civil Procedure 50(a), after Defendant's case states:

1. At this time, both parties have rested and Jones moves the Court for judgment as a matter of law and to direct a verdict in Jones' favor against Lisa Wilson "Wilson" because she has failed to prove the elements of her claim.

2. Wilson has the burden of proving that putting Wilson in the drug testing pool was a materially adverse employment action.

3. Wilson has failed to present proof that putting her in the drug testing pool was a materially adverse employment action.

4. Wilson has failed to meet her burden and Jones is entitled to judgment as a matter of law.

 

Respectfully Submitted,
DAVID JONES, Defendant


By:    /s/ James M. Kelly
       James M. Kelly

James M. Kelly
Jason W. Jording
JAMES KELLY LAW FIRM
7817 N. Knoxville Avenue
Peoria, IL 61614
T: (309) 679-0900
F: (309) 679-0919
jim@jameskellylawfirm.com
*Attorneys for David Jones*