Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | | |
|---|---|---|
| Lisa R. Wilson, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number:** 16-cv-4025 |
| | ) | |
| David W. Jones, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

Question 1. Did Plaintiff prove by a preponderance of the evidence that but for Plaintiff's race, she would not have been drug tested? Yes. Question 2. If your answer to question 1 is yes please state the appropriate amount of compensatory damages sustained by Plaintiff as a result of the drug testing. $100,000.

**Dated:**  2/6/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court